[No. 10,646.—Department Two.]

THE PEOPLE v. PIERRE HORDISSEN.

LARCENY—INSUFFICIENCY OF EVIDENCE TO SUSTAIN VERDICT.

APPEAL from a judgment of conviction and an order denying a new trial in the Superior Court of San Benito County. BREEN, J.

*B. B. McCroskey,* for Appellant.

*A. L. Hart,* Attorney General, for Respondent.

The COURT:

The defendant was prosecuted for grand larceny, and was convicted of that crime. The evidence was clearly insufficient to justify a conviction, and error is confessed by the Attorney General.

Judgment and order reversed.